IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DODD CHIROPRACTIC
CLINIC, P.A. AND EIFFERT &
ASSOCIATES, P.A.,

      Appellants,

  v.

USAA CASUALTY
INSURANCE COMPANY,

      Appellee.

Case No.  5D23-0031
LT Case No. 16-2016-SC-000833

_____/

Decision filed March 7, 2023

Appeal from the County Court
for Duval County,
Mose L. Floyd, Judge.

Crystal Eiffert and Robert Morris, of
Eiffert & Associates, P.A., Orlando,
for Appellant, Eiffert & Associates,
P.A.

David D. Burns and Kathleen L.
Wubker, of Ferrelle Burns, P.A.,
Neptune Beach, for Appellant, Dodd
Chiropractic Clinic, P.A.

Rebecca Delaney, Christina Saad and James C. Rinaman, III, of Dutton Law Group, PA, Jacksonville, for Appellee.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., WALLIS and SOUD, JJ., concur.